```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13905
   SHIRLEY A EWING BURKS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3657


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/02/2007 and was not confirmed.

     The case was dismissed without confirmation 09/20/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------
LONG BEACH MORTGAGE    CURRENT MORTG         .00            .00          .00
CAPITOL ONE            PRIORITY       NOT FILED             .00          .00
LONG BEACH MORTGAGE    MORTGAGE ARRE    36000.00            .00          .00
PRO SE DEBTOR          DEBTOR ATTY         .00                           .00
TOM VAUGHN             TRUSTEE                                           .00
DEBTOR REFUND          REFUND                                            .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/27/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```